FILED

SEP 14 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. NO.** 2:07-CR-209-MEF |
| * JIMMY L. GIVENS, JR. | ) | [18 U.S.C. § 1163 |
| ~~JIMMIE L. GIVENS, JR.~~, and | ) | 18 U.S.C. § 2] |
| **MONIFA JOHNSON** | ) | |
| | ) | **INDICTMENT** |

The Grand Jury charges:

### COUNT 1

1.      At all times relevant to this Indictment, the Poarch Band of Creek Indians, Creek Indian Enterprises, and P.C.I. Gaming were Indian tribal organizations as defined in Title 18, United States Code, Section 1163.

2.      In or about July and August 2005, in Montgomery, Alabama, in the Middle District of Alabama, and elsewhere, the defendants

**\* JIMMY L. GIVENS, JR.**
~~JIMMIE L. GIVENS, JR.~~., and
**MONIFA JOHNSON,**

while aiding and abetting and being aided and abetted by Silke Johnson and Valerie Patterson, did embezzle, steal, knowingly convert to their own use and the use of others, willfully misapply, and willfully permit to be misapplied moneys, funds, credits, goods, assets, and other property, with a value in excess of $1,000, belonging to an Indian tribal organization and intrusted to the custody and care of an officer, employee, and agent of an Indian tribal organization, namely, a stolen P.C.I. Gaming blank check that was fraudulently made payable to MONIFA JOHNSON in the amount of $25,000, and, knowing that such moneys, funds, credits, goods, assets, and other property had been embezzled, stolen, converted, misapplied, and permitted to be misapplied, did receive, conceal, and

*Indictment corrected per Order entered on 11/1/07.


SCANNED

retain said moneys, funds, credits, goods, assets, and other property with the intent to convert them

to their use and the use of others.

All in violation of Title 18, United States Code, Sections 1163 and 2.

A TRUE BILL:

Foreperson

LEURA G. CANARY
United States Attorney

Andrew O. Schiff
Assistant United States Attorney

2