IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| VS. ) | CR. NO. 2:07-cr-209-MEF |
| ) | |
| MONIFA JOHNSON ) | |

## NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW**, MONIFA JOHNSON by and through her attorney of record and notifies this Honorable Court of his intent to change her pleas from not guilty to guilty.

Respectfully submitted on this 30TH day of October, 2007.

/s/ Roianne Houlton Conner
**ROIANNE HOULTON CONNER**
 ATTORNEY FOR MONIFA JOHNSON
 ASB9677R77R

**LAW OFFICES OF ROIANNE
HOULTON CONNER
250 WINTON BLOUNT LOOP
P.O. BOX 240458
MONTGOMERY, ALABAMA 36124
TELEPHONE: (334) 215-1988
mrsrhconner@yahoo.com
FAX: (334) 215-7778**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR. NO. 2:05-cr-209-MEF |
| | ) | |
| MONIFA JOHNSON | ) | |

CERTIFICATE OF SERVICE

     I hereby certify that I have served a copy of the above and foregoing upon the Honorable Andrew O. Schiff, Assistant U.S. Attorney,  and mailing a copy of the same to her  business address of One Court Square, Suite 201 , Montgomery, Al  36104 on this 30th    day of October, 2007..

     /s/ Roianne Houlton Conner
ROIANNE HOULTON CONNER
ATTORNEY FOR MONIFA JOHNSON
ASB9677R77R

LAW OFFICES OF ROIANNE
HOULTON CONNER
250 WINTON BLOUNT LOOP
P.O. BOX 240458
MONTGOMERY, ALABAMA 36124
TELEPHONE: (334) 215-1988
FAX: (334) 215-7778