IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
___NORTHERN___ DIVISION

UNITED STATES OF AMERICA )
)
vs. ) CR NO. 2:07CR209-MEF
)
MONIFA JOHNSON )

CONSENT

I, ___Monifa Johnson___, hereby declare my intention to enter a plea of guilty in the above case, and after conferring with my attorney, hereby consent to have a United States Magistrate Judge conduct the proceedings required by Rule 11 of the Federal Rules of Criminal Procedure incident to the making of such a plea and to adjudicate me guilty based on my plea of guilty. I understand that the District Judge to whom this case is assigned will decide later whether to accept or reject any plea agreement I may have with the United States and will impose sentence.

DONE, this the ___9th___ Day of ___November___, 2007.

_____
DEFENDANT

_____
ATTORNEY FOR DEFENDANT